# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

_____

          PLAINTIFF(S):                                    Case No.:

                                                        (to be filled in by the Clerk's Office)

JEREMIAH VERNON WEBB, INDIVIDUALLY

AND AS NEXT FRIEND OF B.A.W., A MINOR          Jury Trial: [X] Yes [ ] No

                    -v-

_____

          DEFENDANT(S):

FLORIDA DEPARTMENT OF EDUCATION,

CATHY RUSSELL, in her individual and official capacity,

ADAM EMERSON, in his individual and official capacity,

MANNY DIAZ JR., Commissioner, in his individual and official capacity,

BEN GIBSON, State Board Chairman, in his individual and official capacity,

RYAN PETTY, State Board Vice Chair, in his individual and official capacity,

GRAZIE CHRISTIE, State Board Member, in her individual and official capacity,

DANIEL FOGANHOLI, State Board Member, in his individual and official capacity,

KELLY GARCIA, State Board Member, in her individual and official capacity,

MARYLYNN MAGAR, State Board Member, in her individual and official capacity,

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ADAM MILLER, in his individual and official capacity,

JUAN COPA, in his individual and official capacity,

SUZANNE PRIDGEON, in her individual and official capacity,

KIMBERLY RICHEY, in her individual and official capacity,

PAUL BURNS, in his individual and official capacity,

DARREN NORRIS, in his individual and official capacity,

TIMOTHY HAY, in his individual and official capacity,

STEVEN KONCAR, in his individual and official capacity,

DAVID CHAPPELL, in his individual and official capacity,

TED ROUSH, in his individual and official capacity,

INCARNATION CATHOLIC SCHOOL,

DIOCESE OF VENICE IN FLORIDA,

STEP UP FOR STUDENTS, INC.,

DOUG TUTHILL, in his individual and official capacity,

LIGIA DELORES CERVERA,

JOHN DOE(S) AND JANE DOE(S),

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# VERIFIED CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §§ 1983 & 1985(3) WITH SUPPLEMENTAL STATE CLAIMS UNDER 28 U.S.C. § 1367

X  JURY TRIAL DEMANDED

## INTRODUCTION

This action exposes a brazen conspiracy of state and private actors who, under color of law, unlawfully seized a vulnerable minor, fabricated evidence, maliciously prosecuted via deliberate inaction, retaliated against protected advocacy, and failed to report abuse—causing irreparable harm exceeding $2,000,000. Like *U.S. v. Pasco Cnty. Sch. Dist.* (M.D. Fla. 2024) (settlement for systemic student rights violations) and *FLDOE v. Parents for Educ. Choice* (Fla. App. 2022) (enforcing parental involvement), this case demands accountability for FLDOE's failures.

## JURISDICTION & VENUE

1. Original jurisdiction under 28 U.S.C. §§ 1331, 1343 for §1983/§1985(3) claims *(Wyatt v. Cole*, 994 F.2d 1113 (5th Cir. 1993)). Supplemental jurisdiction under §1367 for state claims sharing common nucleus *(Stone v. Fishhawk Anderson Inc*., 2022 U.S. Dist. LEXIS 105941 (M.D. Fla.)). Damages >$2,000,000.
2. Venue proper under §1391(b) in Sarasota County events (*Bristol-Myers Squibb Co. v. Super. Ct.*, 582 U.S. 255 (2017)).

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## PARTIES

3. Plaintiff Jeremiah Vernon Webb, Manatee County resident, is B.A.W.'s father/custodian, suing individually and as next friend (Fed. R. Civ. P. 17(c); Fla. Stat. §744.301).

4. Plaintiff B.A.W., minor (born 2013), appears through her father.

5. Defendant FLDOE is a state agency overseeing scholarships/enforcing rights, liable under Monell for customs of indifference (*Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *A.M. v. Luzerne Cnty. Juv. Det. Ctr.*, 372 F.3d 572 (3d Cir. 2004)).

6. Defendant Cathy Russell (IEPC Deputy Director) mischaracterized complaints, evidencing indifference (*Doe v. Luzerne Cnty.*, 660 F.3d 169 (3d Cir. 2011)). Sued individually/officially.

7. Defendant Adam Emerson (senior official) failed to act on risks *(Sanford v. Stiles*, 456 F.3d 298 (3d Cir. 2006)). Sued individually/officially.

8. Defendant Manny Diaz Jr. (Commissioner) ignored escalations *(Youngberg v. Romeo*, 457 U.S. 307 (1982)). Sued individually/officially.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

9-14. Defendants Ben Gibson, Ryan Petty, Grazie Christie, Daniel Foganholi, Kelly Garcia, MaryLynn Magar (Board members) failed oversight (*A.M. v. Luzerne*, 372 F.3d 572). Sued individually/officially.

15-24. Defendants Adam Miller, Juan Copa, Suzanne Pridgeon, Kimberly Richey, Paul Burns, Darren Norris, Timothy Hay, Steven Koncar, David Chappell, Ted Roush (FDOE employees) ignored complaints (*Doe v. Luzerne*, 660 F.3d 169). Sued individually/officially.

25. Defendant ICS (Sarasota school) acted under color via state funds (*Brentwood Acad.*, 531 U.S. 288 (2001)).

26. Defendant Diocese oversees ICS, under color via funds (*Brentwood Acad.*, 531 U.S. 288).

27. Defendant Step Up administers funds, under color (*Brentwood Acad.*, 531 U.S. 288).

28. Defendant Doug Tuthill (Step Up officer) ignored misuse (*Doe v. Luzerne*, 660 F.3d 169). Sued individually/officially.

29. Defendant Ligia Delores Cervera interfered custodially (*Stone v. Wall*, 734 So.2d 1038 (Fla. 1999)). Sued individually.

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

30. John/Jane Does are unidentified conspirators (to be named via discovery; Busey v. Bd. of Cnty. Comm'rs, 277 F. Supp. 2d 1095 (D. Colo. 2003)).

### III. GENERAL FACTUAL ALLEGATIONS

31. February 27, 2025 Parenting Plan granted equal custody/SIPPE found no denial basis (Exhibits A-B; *Troxel v. Granville*, 530 U.S. 57 (2000)).

32. February 18-April 18, 2025: Defendants conspired to seize B.A.W. (*Terry v. Ohio*, 392 U.S. 1 (1968); *Manuel v. Joliet*, 137 S.Ct. 911 (2017)), fabricate records (*Halsey v. Pfeiffer*, 750 F.3d 273 (3d Cir. 2014)), retaliate (*Jenkins v. Rock Hill*, 513 F.3d 580 (6th Cir. 2008)), ignore ideation *(DeShaney v. Winnebago*, 489 U.S. 189 (1989)). Natalie Adams pattern shows custom *(Monell*, 436 U.S. 658).

33-45. [Detailed timeline with exhibits, e.g., Governor referrals ignored (Exhibits P-Q), Russell's mischaracterization (Exhibit F)].

### IV. INJURIES

46. Webb: $1,000,000 emotional ($2,000/day x 500); $200,000 economic. B.A.W.: $600,000 psychological; $200,000 future costs. Total: $2,000,000+ (Doe v. Luzerne Cnty., 660 F.3d 169 ($1.2M analog)).

### V. CAUSES OF ACTION

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### COUNT I: §1983 SUPERVISORY/MONELL LIABILITY

**(FDOE & Officials)**

47. Realleges 1-46. Indifference to training caused violations *(City of Canton v. Harris*, 489 U.S. 378 (1989); *D.R. v. Michigan DOE* (2023)). Damages: $2M+.

### COUNT II: §1983 UNLAWFUL SEIZURE

**(ICS, Diocese, Cervera, Officials)**

48. Realleges 1-47. Seizure without cause (*Troxel*, 530 U.S. 57; *Manuel*, 137 S.Ct. 911; *DeShaney*, 489 U.S. 189). Damages: $2M+.

### COUNT III: §1983 RETALIATION

**(All)**

49. Realleges 1-48. Ban violated rights (*Jenkins*, 513 F.3d 580; NYSER (2023)). Damages: $2M+.

### COUNT IV: §1983 MALICIOUS PROSECUTION/FABRICATION

**(ICS, FDOE, Step Up)**

50. Realleges 1-49. Fabricated records caused inaction (*Halsey*, 750 F.3d 273). Damages: $2M+.

### COUNT V: §1985(3) CONSPIRACY

**(All)**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

51. Realleges 1-50. Animus-driven conspiracy (*Craig v. Boren*, 429 U.S. 190; *Busey v. Bd.*, 277 F. Supp. 2d 1095 (D. Colo. 2003)). Damages: $2M+.

## COUNT VI: FLORIDA PARENTS' BILL OF RIGHTS VIOLATION

**(F.S. §1014.04) (All)**

52. Realleges 1-51. Infringed upbringing rights (F.S. §1014.04; Von Eiff v. Azicri, 720 So.2d 510 (Fla. 1998)). Damages: $2M+.

## COUNT VII: PARENTAL RIGHTS IN EDUCATION ACT VIOLATION

**(F.S. §1001.42(8)(c))**

**(All)**

53. Realleges 1-52. Failed transparency (F.S. §1001.42; *FLDOE v. Parents for Educ.* Choice (2022)). Damages: $2M+.

## COUNT VIII: CIVIL THEFT (F.S. §772.11)

**(ICS, Diocese, Step Up, Tuthill)**

54. Realleges 1-53. Felonious misuse (*Hunter v. Hunter*, 540 So.2d 235 (Fla. 3d DCA 1989)). Treble damages: $6M+.

## COUNT IX: TORTIOUS INTERFERENCE WITH PARENTAL RELATIONSHIP

**(ICS, Diocese, Step Up, Cervera)**

55. Realleges 1-54. Intentional alienation (*Stone v. Wall*, 734 So.2d 1038 (Fla. 1999)). Damages: $2M+.

## COUNT X: NEGLIGENT INTERFERENCE WITH EDUCATION/THERAPY

**(All)**

56. Realleges 1-55. Foreseeable harm (F.S. §768.72; *Glaab v. Caudill*, 236 So.2d 180 (Fla. 2d DCA 1970)). Damages: $2M+.

## COUNT XI: ABUSE OF PROCESS

**(All)**

57. Realleges 1-56. Ulterior motive (*Blue v. Weinstein*, 381 So.2d 308 (Fla. 3d DCA 1980)). Damages: $2M+.

## COUNT XII: MALICIOUS PROSECUTION

**(All)**

58. Realleges 1-57. No probable cause (*Scozari v. Barone*, 546 So.2d 750 (Fla. 3d DCA 1989)). Damages: $2M+.

## COUNT XIII: FAILURE TO REPORT ABUSE (F.S. §§39.201, 1006.061)

**(ICS, FDOE, Diocese, Step Up)**

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

59. Realleges 1-58. Mandatory duty breached (DeShaney, 489 U.S. 189). Damages: $2M+.

**VI. PRAYER FOR RELIEF**

Compensatory/punitive damages >$2M; injunctive (systemic reforms, audits); fees (§1988); interest; further relief.

DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all triable issues pursuant to Fed. R. Civ. P. 38.

Respectfully submitted this 23th day of July, 2025.

*Jeremiah Webb*

Jeremiah Vernon Webb Pro Se Plaintiff Individually and as Next Friend of B.A.W., a minor 11121 Lost Creek Terrace, Unit 101 Bradenton, FL 34211 (801) 755-9600 jeremiah@shoponfire.com

VERIFICATION

I, Jeremiah Vernon Webb, declare under penalty of perjury (28 U.S.C. § 1746) that I have read this Complaint; the facts are true to the best of my knowledge. Filed in good faith. Exhibits (to be filed on separate case docket entry) are true copies. Executed July 23, 2025.

*Jeremiah Webb*

Jeremiah Vernon Webb

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CERTIFICATE OF SERVICE Certified true copy furnished via CM/ECF on July 23, 2025.

*Jeremiah Webb*
_____

Jeremiah Vernon Webb