UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH VERNON WEBB
and B.A.W.,

    Plaintiffs,

v.                                                          Case No. 8:25-cv-1942-JLB-AAS

FLORIDA DEPARTMENT
OF EDUCATION, et al.,

    Defendants.
_____/

**ORDER**

Pro se plaintiff Jeremiah Vernon Webb requests access to the court's electronic filing system. (Doc. 13). Despite the cessation of this District's web portal and the plaintiff's alleged indigency, the plaintiff still fails to establish that he is entitled to an exemption to the general rule that pro se litigants must file paper documents with the court. *See Ogilvie v. Millsaps*, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015) (observing that a pro se litigant seeking CM/ECF access must "demonstrate[ ] that an exemption [to the general rule] is necessary to avoid unreasonable burdens and to promote access to information"). As another order in this District recently explained, the discontinuation of the web portal "does not constitute a legal barrier to participation" given that a litigant may still "file documents through the mail

1

or by hand delivery to the clerk's office." *Sheets v. Pribble*, 2025 WL 2106679, at *1 (M.D. Fla. July 28, 2025). In addition, the plaintiff's application to proceed in forma pauperis remains pending. (Docs. 2, 7).

Accordingly, the plaintiff's Motion for Electronic Filing Access (Doc. 17) is **DENIED**. The plaintiff may mail hard copies of his filings to the Clerk of the Court or submit them in person at the courthouse.

**ORDERED** in Tampa, Florida, on September 16, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge