FILED - USDC - FLMD - TPA
JUL 17 2026 PM4:56

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

**JEREMIAH VERNON WEBB,**
Plaintiff,

**Case No. 8:25-cv-01942-JLB-AAS**

v.

**STEP UP FOR STUDENTS, INC.; DOUG TUTHILL, in his individual capacity; CATHY RUSSELL, in her individual capacity; MANNY DIAZ, JR., in his individual capacity; and ANASTASIOS KAMOUTSAS, solely in his official capacity as current Commissioner of Education,**
Defendants.
_______________________________________/

## PLAINTIFF-APPELLANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Plaintiff-Appellant Jeremiah Vernon Webb, proceeding pro se and individually only, moves under Federal Rule of Appellate Procedure 24(a)(1) and 28 U.S.C. § 1915(a)(1) for leave to proceed in forma pauperis on appeal. In support, Plaintiff states:

1. Plaintiff is filing a Notice of Appeal from the May 29, 2026 dismissal order (Doc. 28), the June 9, 2026 denial of Rule 59(e) relief (Doc. 31), the July 10, 2026 denial of Rule 60(b)(1) relief (Doc. 34), and all antecedent rulings reviewable with those orders.
2. Plaintiff cannot prepay the $605 appellate filing and docketing fees or provide security for those fees without substantial hardship. Plaintiff previously submitted a renewed financial affidavit in the district court. The Report and Recommendation found that the financial affidavit supported indigency; the Court later denied the renewed IFP motion as moot after dismissing the case. Plaintiff submits the current sworn financial affidavit attached below.
3. The appeal is taken in good faith. It presents nonfrivolous questions concerning the application of § 1915(e)(2)(B)(ii), the federal pleading standard, state action, procedural due process, ongoing prospective injury, dismissal without leave to amend, and the denials of post-judgment relief.
4. The issues intended for appeal are stated in the attached affidavit as required by Rule 24(a)(1)(C). Those issue statements may be refined or consolidated in the opening brief.

WHEREFORE, Plaintiff respectfully requests leave to proceed in forma pauperis on appeal without prepayment of appellate fees or security for costs, and any other relief the Court deems proper.

## LOCAL RULE 3.01(g) CERTIFICATE

No Defendant has appeared or been served, and no opposing party is presently available for conferral. Plaintiff therefore could not confer before filing. If Local Rule 3.01(g)(3) is deemed applicable notwithstanding the absence of any served or appearing opposing party, Plaintiff will file a prompt supplemental certificate after the three-day period specified by the Rule.

Respectfully submitted this 17th day of July, 2026.

**JEREMIAH VERNON WEBB**
Plaintiff-Appellant, pro se
11121 Lost Creek Terr, Suite 101
Lakewood Ranch, FL 34211
801-755-9600
jeremiah@shoponfire.com

## CERTIFICATE OF SERVICE

I certify that on July 17th, 2026, I filed the foregoing motion and supporting affidavit with the Clerk of Court for the Middle District of Florida. No Defendant has appeared or been served in this action, so service on an appearing opposing party was not possible.

**JEREMIAH VERNON WEBB**
Plaintiff-Appellant, pro se