# ATTACHMENT A

# MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS AND AFFIDAVIT

**United States Court of Appeals for the Eleventh Circuit**

Jeremiah Vernon Webb v. Step Up for Students, Inc., et al.

Court of Appeals No.: ________________

Plaintiff-Appellant

District Court No.: 8:25-cv-01942-JLB-AAS

INSTRUCTIONS: Complete every question and sign. Do not leave blanks. Write "0," "none," or "N/A" when appropriate. Attach a labeled continuation sheet if more space is needed.

AFFIDAVIT IN SUPPORT OF MOTION: I swear or affirm under penalty of perjury that, because of my financial condition, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. My answers are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: July 17 2026 Signed: [signature]

## 1. Issues on appeal

1. Whether the district court erred in dismissing the Verified First Amended Complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.
2. Whether the court misapplied the pleading standard by separating the scholarship-classification, account-access, and nonreview allegations from the pleaded burden on Plaintiff's own parental-liberty interest.
3. Whether the complaint plausibly alleged state action by Step Up for Students in the specific state-created and delegated scholarship functions challenged.
4. Whether the complaint plausibly alleged constitutionally inadequate process, no adequate state remedy, and an ongoing violation supporting prospective relief.
5. Whether the district court erred or abused its discretion by dismissing without leave to amend and by denying Rule 59(e) and Rule 60(b)(1) relief.

## 2. Average monthly income during the past 12 months and amount expected next month

| Income source | You - 12 mo. avg. | Spouse - 12 mo. avg. | You - next month | Spouse - next month |
|---|---|---|---|---|
| Employment | $ 1500 w | $ N/A | $ 1500 | $ |
| Self-employment | $ | $ | $ 0 | $ NA |
| Income from real property | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ N/A |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ N/A |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement / Social Security / pension / annuity | $ 0 | $ | $ 0 | $ |
| Disability payments | $ 0 | $ | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ | $ 0 | $ |

| Income source | You - 12 mo. avg. | Spouse - 12 mo. avg. | You - next month | Spouse - next month |
|---|---|---|---|---|
| Public assistance | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) | $ 0 | $ 0 | $ 0 | $ 0 |
| TOTAL MONTHLY INCOME | $ 1500.00 | $ 0 | $ 0 | $ 0 |

**3. Your employment history for the past two years (most recent first)**

| Employer | Address | Dates employed | Gross monthly pay |
|---|---|---|---|
| Shop on four | 6620 [illegible] Parkway Sarasota FL | 2011 - present | $ 1500.00 |
| | | | $ |
| | | | $ |

**4. Your spouse's employment history for the past two years (write N/A if not applicable)**

| Employer | Address | Dates employed | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ |
| | | | $ |
| | | | $ |

**5. Cash and money held in financial institutions**

Cash held by you and your spouse: $

| Financial institution | Type of account | Amount you have | Amount spouse has |
|---|---|---|---|
| Wells Fargo | checking | $ 100.00 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**6. Assets and estimated current values (do not list ordinary clothing or household furnishings)**

| Asset | Description | Estimated value / equity |
|---|---|---|
| Home | N/A | $ |
| Other real estate | N/A | $ |
| Motor vehicle #1 (make/year/model) | N/A | $ |
| Motor vehicle #2 (make/year/model) | N/A | $ |
| Stocks, bonds, retirement accounts | N/A | $ |
| Business interest | N/A | $ |
| Other asset | TV | $ 250.00 |
| Other asset | Laptop | $ 400.00 |

**7. Money owed to you or your spouse**

| Person / business owing money | Amount owed to you | Amount owed to spouse |
|---|---|---|
| N/A | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

**8. Persons relying on you or your spouse for support**

| Name or initials | Relationship | Age | Monthly support |
|---|---|---|---|
| D.W. | Daughter | 13 | $ 280 |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

**9. Average monthly household expenses**

| Expense | Paid by you | Paid by spouse |
|---|---|---|
| Rent / mortgage | $ 250.00 | $ N/A |
| Real-estate taxes not included above | $ 0 | $ |
| Property insurance not included above | $ 0 | $ N/A |
| Utilities / phone / internet | $ 150.00 | $ |
| Home maintenance | $ 50.00 | $ |
| Food and household supplies | $ 200.00 | $ |
| Clothing / laundry | $ 100.00 | $ N/A |
| Medical and dental | $ 70.00 | $ |
| Transportation excluding vehicle payments | $ 200.00 | $ N/A |
| Vehicle payment(s) | $ 0 | $ |
| Health insurance | $ 25.00 | $ |
| Vehicle insurance | $ 79.00 | $ N/A |
| Life / renter / homeowner insurance | $ 0 | $ |
| Taxes not withheld | $ 0 | $ |
| Credit-card payments | $ 400.00 | $ N/A |
| Other installment debt | $ 1500.00 | $ |
| Alimony / maintenance / support paid | $ 280.00 | $ N/A |
| Business / professional expenses | $ 200 | $ |
| Other (specify) | $ | $ 0 |
| TOTAL MONTHLY EXPENSES | $ 3463.00 | $ 0 |

**10. Expected major changes during the next 12 months**

Do you expect any major change in income, expenses, assets, or liabilities? [ ] Yes [X] No
If yes, explain:

**11. Litigation expenses or attorney fees**

Have you spent, or will you spend, money for expenses or attorney fees in this action or appeal? [ ] Yes [ ] No
If yes, amount and purpose: $ 500
advice counsel, checking on motions & brief

**12. Other information explaining inability to pay the appellate fees**

**13. Residence and personal information**

City and State of legal residence: Lakewood Ranch, Florida
Daytime telephone: 801-755-9600 Age: 49 Years of schooling: 18

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 17th, 2026.

**JEREMIAH VERNON WEBB**
Plaintiff-Appellant, pro se
11121 Lost Creek Terr, Suite 101
Lakewood Ranch, FL 34211
801-755-9600
jeremiah@shoponfire.com