**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JEREMIAH VERNON WEBB,**

**Plaintiff,**

**v.** **Case No. 8:25-cv-1942-JLB-AAS**

**FLORIDA DEPARTMENT**
**OF EDUCATION, et al.,**

**Defendant.**
**_______________________________________/**

# REPORT AND RECOMMENDATION

Plaintiff Jeremiah Vernon Webb moves to appeal the court's May 12, 2026 Order dismissing the case, June 9, 2026 Order denying relief under Rule 59(e), and July 10, 2026 Order denying relief under Rule 60(b)(1). (Doc. 37).

Proceeding *in forma pauperis* in federal court is permitted by 28 U.S.C. Section 1915, which authorizes any court of the United States to allow indigent persons to prosecute, defend, or appeal suits without prepayment of costs. *See Coppedge v. United States*, 369 U.S. 438, 441 (1962). However, an appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith requires that the appeal present a nonfrivolous question for review. *Cruz v. Hauck*, 404 U.S. 59, 62 (1971). An appeal is frivolous if the plaintiff has little or no chance of success.

*Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993). An appeal is also frivolous when it is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

On March 15, 2026, the court adopted in part the undersigned's Report and Recommendation and directed Mr. Webb to file an amended complaint. (Doc. 21). In that Order, the court advised Mr. Webb of the deficiencies in his complaint and allowed him an opportunity to amend and state a viable cause of action. (*Id.*). Mr. Webb filed an Amended Complaint. (Doc. 23)

Thereafter, the court adopted the undersigned's Report and Recommendation and, because the Amended Complaint failed to state a viable cause of action, dismissed the Amended Complaint without leave to amend again. *See* (Docs. 24, 28). Like Mr. Webb's Amended Complaint, Mr. Webb's appeal and application to proceed *in forma pauperis* fail to establish the existence of a reasoned, nonfrivolous argument to raise on appeal.

Accordingly, it is **RECOMMENDED** that Mr. Webb's request to proceed *in forma pauperis* on appeal (Doc. 37) be **DENIED**.

**ENTERED** in Tampa, Florida, on July 27, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.